# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 27, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

159874

SUSAN REAUME,
        Plaintiff-Appellant,

v

        SC: 159874
        COA: 341654
        Ottawa CC: 17-004964-AA

TOWNSHIP OF SPRING LAKE,
        Defendant-Appellee.

_____/

On order of the Court, the application for leave to appeal the May 21, 2019 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on the application. MCR 7.305(H)(1).

The appellant shall file a supplemental brief within 42 days of the date of this order addressing: (1) whether the Court of Appeals improperly relied on the character of the relationship that defines the term "family" in the zoning ordinance in order to conclude that the permitted use of a "Dwelling, Single Family" in the R-1 district does not include short-term rentals; and (2) whether, aside from the definition of "family," the appellant met her burden of proof to establish that her actual use of 18190 Lovell Road as a short-term rental complied with the permitted use of the property as a "Dwelling, Single Family" before the township adopted Ordinance 255 and Ordinance 257. In addition to the brief, the appellant shall electronically file an appendix conforming to MCR 7.312(D)(2). In the brief, citations to the record must provide the appendix page numbers as required by MCR 7.312(B)(1). The appellee shall file a supplemental brief within 21 days of being served with the appellant's brief. The appellee shall also electronically file an appendix, or in the alternative, stipulate to the use of the appendix filed by the appellant. A reply, if any, must be filed by the appellant within 14 days of being served with the appellee's brief. The parties should not submit mere restatements of their application papers.

The Michigan Townships Association and the Michigan Municipal League, and the Real Property Law and Government Law Sections of the State Bar of Michigan are

invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 27, 2019



Clerk

s1120